# Exhibit B

# Maryland couple claims Prince George's County interior design company defrauded them

By Ike Ejiochi, FOX 5 DC | Published June 14 | News | FOX 5 DC



**Just in...**


Kevin Hart returns to work after life-threatening car accident: reports


Prince George's County replaces Columbus Day with Native American Day


Suspect caught on camera trying to assault women in Westfield Wheaton Mall, police say


2 Florida men tied to Rudy Guiliani arrested on campaign charges


Oklahoma police officers help shelter volunteers walk 120 dogs: 'The help was very appreciated'

BOWIE, Md. (FOX 5 DC) -- A Maryland couple is out thousands of dollars after they say a pair of Prince George's County interior decorators failed to complete their jobs. Now, they say they are suing the company.

Joe Grimes and Tiffany Veney moved into their home a couple of years ago and were looking for a special team to help decorate.

**Sponsored Stories**  Ad Content by Taboola




**Trending**


21 salmonella cases in Maryland linked to Moby Dick House of Kabob


Delta flies 120 girls to NASA with all-women crew in bid to inspire female aviators



Document title: Maryland couple claims Prince George&#39;s County interior design company defrauded them | FOX 5 DC
Capture URL: https://www.fox5dc.com/news/maryland-couple-claims-prince-georges-county-interior-design-company-defrauded-them
Capture timestamp (UTC): Thu, 10 Oct 2019 17:01:43 GMT
Page 1 of 4


**Little Known Trick To Avoid Gutter Cleaning For Life And Increase Ho...**
Sponsored | LeafFilter Partner

**Shut The Front Door! It's Amazing These Trucks Are Under 30K!**
Sponsored | New Trucks | Search Ads

The couple decided to work with D&A Designs LLC -- a home improvement company ran by Dereky and Al Hagler.

"They present themselves very well -- husband and wife team," said Grimes.

Grimes and Veney say they took the Hagler's through their entire home and told them what they wanted. Both parties decided to begin with the master bedroom, but the problems began when they decided to pay for the project upfront.

"We agreed upon a $10,000 budget for the master bedroom," said Grimes. "That $10,000 was to encompass design, furniture and staging of the master bedroom. Delivery as well."

But the only items Grimes and Veney say they received were an ottoman and a picture.

FOX 5 obtained a copy of text messages between the two parties.

D&A Designs texted the couple everything that was agreed upon for the master bedroom -- far less than what was delivered -- an ottoman they never asked for and a picture that was damaged.

FOX 5 spoke to an attorney for D&A Designs who says the furniture was never picked up.

"The furniture, they allowed to be stored at the premises of D&A Designs. D&A Designs told them multiple times to come get the furniture. They never did for approximately an entire year," said J. Wyndal Gordon, Esq.

"Her attorney reached out and told us to cease and desist and said, 'Oh well, we have your bedroom set.' And we were like, 'Why would you not deliver it if you'd had it all this time?'" said Veney.

## Just in...

Kevin Hart returns to work after life-threatening car accident: reports 

Prince George's County replaces Columbus Day with Native American Day 

Suspect caught on camera trying to assault women in Westfield Wheaton Mall, police say 

2 Florida men tied to Rudy Guiliani arrested on campaign charges 

Oklahoma police officers help shelter volunteers walk 120 dogs: 'The help was very appreciated' 

## Trending

1. 21 salmonella cases in Maryland linked to Moby Dick House of Kabob 

2. Delta flies 120 girls to NASA with all-women crew in bid to inspire female aviators 

3. Serial killer linked to Prince George's County cold case dubbed 'deadliest' in US history by FBI 

4. Ford dealership gives Bible, flag, AR-15 voucher to buyers 

5. Leesburg mother upset after son walks out of elementary school unaccompanied 

"Her attorney reached out and told us to cease and desist and said, 'Oh well, we have your bedroom set.' And we were like, 'Why would you not deliver it if you'd had it all this time?'" said Veney.

"Mind you, when we paid $1,800 dollars for delivery, she assured me that the delivery would come here," said Grimes.

This isn't the only issue with D&A Designs. FOX 5 looked into the court records of the company and they show Al Hagler was found guilty of acting as a contractor without a license back in 2013, as well as being charged with theft of money.

All Veney says she wants now is justice.

"They have, in my opinion, no conscience to take money from people and string them along and you're okay to continuously do it. So, I would like to have it not only prosecuted civilly but also would like to be a criminal case at this point," said Veney.

D&A Designs' lawyers told FOX 5 they will soon file a defamation suit against the family for this issue.

Within the past 24 hours, at least four other individuals contacted FOX 5 claiming they too were defrauded out of good and services by D&A Designs.

**Sponsored Stories**  Ad Content by Taboola



At 51, Guy Fieri Is Living With His Partner In This House

## Just in...

Kevin Hart returns to work after life-threatening car accident: reports 

Prince George's County replaces Columbus Day with Native American Day 

Suspect caught on camera trying to assault women in Westfield Wheaton Mall, police say 

2 Florida men tied to Rudy Guiliani arrested on campaign charges 

Oklahoma police officers help shelter volunteers walk 120 dogs: 'The help was very appreciated' 

## Trending

1. 21 salmonella cases in Maryland linked to Moby Dick House of Kabob 

2. Delta flies 120 girls to NASA with all-women crew in bid to inspire female aviators 

3. Serial killer linked to Prince George's County cold case dubbed 'deadliest' in US history by FBI 

4. Ford dealership gives Bible, flag, AR-15 voucher to buyers 

5. Leesburg mother upset after son walks out of elementary school unaccompanied 




#### At 51, Guy Fieri Is Living With His Partner In This House
Sponsored | FinancialAdvisorHeroes

Ad Content by Taboola



#### Former NBA Star Found Playing In China
Sponsored | TieBreaker



#### Cheap New Senior Apartments in Chicago Are Turning Heads
Sponsored | Senior Living | Search Ads

### Trending

 **1** 21 salmonella cases in Maryland linked to Moby Dick House of Kabob

 **2** Delta flies 120 girls to NASA with all-women crew in bid to inspire female aviators

 **3** Serial killer linked to Prince George's County cold case dubbed 'deadliest' in US history by FBI

 **4** Ford dealership gives Bible, flag, AR-15 voucher to buyers

 **5** Leesburg mother upset after son walks out of elementary school unaccompanied

---

### News
Local News
National News
Consumer
Crime
Politics
Viral

### Weather
Closings
Forecast
FOX 5 Weather App
Pocono Web Cameras
Traffic

### Good Day
Cooking With Como
Lights! Camera! McCarthy!
Pay It Forward
Watch Live
Zip Trip

### Sports
Capitals
Nationals
Redskins
Wizards

### Podcasts & Shows
FOX 5's Like It Or Not
Good Day DC
Missing Pieces
On The Hill
The Final 5
The Good Word
The Paolini Perspective

### About Us
Apps
Closed Captioning
Contact Us
Contests
FCC Public File
Jobs at FOX 5
Personalities
What's On FOX

---

 Privacy Policy | Terms of Service | Ad Choices | FCC Public File | EEO Public File | About Us | Jobs at FOX 5 | Contact Us         

This material may not be published, broadcast, rewritten, or redistributed. ©2019 FOX Television Stations

Document title: Maryland couple claims Prince George&#39;s County interior design company defrauded them | FOX 5 DC
Capture URL: https://www.fox5dc.com/news/maryland-couple-claims-prince-georges-county-interior-design-company-defrauded-them
Capture timestamp (UTC): Thu, 10 Oct 2019 17:01:43 GMT

Page 4 of 4